UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 09-22260 CIV-KING/BANDSTRA

SILVIA BLANCO, an individual,

Plaintiff,

vs.

MIAMI BEACHFRONT INVESTMENTS, LLC, a Florida limited liability company, FORTUNE INTERNATIONAL REALTY, INC., a Florida corporation, EDGARDO DE FORTUNA, an individual, HUGO BIANCHI, an individual,

Defendants.
_____________________________________________/

**DEFENDANTS, MIAMI BEACHFRONT INVESTMENTS, LLC, FORTUNE INTERNATIONAL REALTY, INC., AND EDGARDO DE FORTUNA'S MOTION FOR ENLARGEMENT OF TIME**

Defendants, Miami Beachfront Investments, LLC, Fortune International Realty, Inc., and Edgardo De Fortuna, by and through their undersigned counsel, hereby request a fourteen-day enlargement of time, up to and including August 19, 2009, in which to file a response to Plaintiff's Complaint. In support of their motion, Defendants state:

1. On July 30, 2009 Defendants removed this action to this Court.

2. Pursuant to Federal Rule of Civil Procedure 81(c), Defendants' response to Plaintiff's Complaint is due on or before August 5, 2009.

3. By this motion, Defendants request an additional fourteen days in which to file their response to Plaintiff's Complaint, up to and including, August 19, 2009.

4. Counsel for Plaintiff has no objection to this enlargement of time.

WHEREFORE, Defendants respectfully request an enlargement of time up to and including August 19, 2009 to respond to Plaintiff's Complaint.

Respectfully submitted,

/s/ Susan E. Raffanello
Susan E. Raffanello – FBN 676446
COFFEY BURLINGTON
Office in the Grove, Penthouse
2699 South Bayshore Drive
Miami, Florida 33133
Tel: 305-858-2900
Fax: 305-858-5261
E-mail: sraffanello@coffeyburlington.com
*Counsel for Defendant MIAMI BEACHFRONT INVESTMENTS, LLC, FORTUNE INTERNATIONAL REALTY, INC., and EDGARDO DE FORTUNA*

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Susan E. Raffanello



COFFEY BURLINGTON
OFFICE IN THE GROVE, PENTHOUSE 2699 SOUTH BAYSHORE DRIVE MIAMI, FLORIDA 33133
T: 305.858.2900 F: 305.858.5261
Email: info@coffeyburlington.com www.coffeyburlington.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 09-22260 CIV-KING/BANDSTRA

SILVIA BLANCO, an individual,

Plaintiff,

vs.

MIAMI BEACHFRONT INVESTMENTS, LLC, a Florida limited liability company, FORTUNE INTERNATIONAL REALTY, INC., a Florida corporation, EDGARDO DE FORTUNA, an individual, HUGO BIANCHI, an individual,

Defendants.
_______________________________________________/

**ORDER ON DEFENDANTS, MIAMI BEACHFRONT INVESTMENTS, LLC, FORTUNE INTERNATIONAL REALTY, INC., AND EDGARDO DE FORTUNA'S MOTION FOR ENLARGEMENT OF TIME**

COMES NOW the Defendants, Miami Beachfront Investments, LLC, Fortune International Realty, Inc., and Edgardo De Fortuna's unopposed motion for enlargement of time to respond to the Complaint, and the Court having reviewed the file and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED:

1. Defendants' unopposed motion for enlargement of time to respond to the Complaint is hereby GRANTED.

2. Defendants shall have until August 19, 2009 to serve their responses to Plaintiff's Complaint.

DONE AND ORDERED, in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, on this ____ day of August, 2009.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA



COFFEY BURLINGTON
OFFICE IN THE GROVE, PENTHOUSE 2699 SOUTH BAYSHORE DRIVE MIAMI, FLORIDA 33133
T: 305.858.2900 F: 305.858.5261
Email: info@coffeyburlington.com www.coffeyburlington.com