UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 09-22260 CIV-KING/BANDSTRA

SILVIA BLANCO, an individual,

Plaintiff,

vs.

MIAMI BEACHFRONT INVESTMENTS, LLC, a Florida limited liability company, FORTUNE INTERNATIONAL REALTY, INC., a Florida corporation, EDGARDO DE FORTUNA, an individual, HUGO BIANCHI, an individual,

Defendants.
_______________________________________/

**ORDER ON DEFENDANTS, MIAMI BEACHFRONT INVESTMENTS, LLC, FORTUNE INTERNATIONAL REALTY, INC., AND EDGARDO DE FORTUNA'S MOTION FOR ENLARGEMENT OF TIME**

COMES NOW the Defendants, Miami Beachfront Investments, LLC, Fortune International Realty, Inc., and Edgardo De Fortuna's unopposed motion for enlargement of time to respond to the Complaint, and the Court having reviewed the file and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED:

1. Defendants' unopposed motion for enlargement of time to respond to the Complaint is hereby GRANTED.

2. Defendants shall have until August 19, 2009 to serve their responses to Plaintiff's Complaint.

DONE AND ORDERED, in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, on this 5th day of August, 2009.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA



COFFEY BURLINGTON
OFFICE IN THE GROVE, PENTHOUSE 2699 SOUTH BAYSHORE DRIVE MIAMI, FLORIDA 33133
T: 305.858.2900 F: 305.858.5261
Email: info@coffeyburlington.com www.coffeyburlington.com