**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 09-22260-CIV-KING-BANDSTRA

SILVIA BLANCO, an individual,

Plaintiff,

vs.

MIAMI BEACHFRONT INVESTMENTS, LLC, a Florida limited liability company, FORTUNE INTERNATIONAL REALTY, INC., a Florida corporation, EDGARDO DE FORTUNA, an individual, and HUGO BIANCHI, an individual,

Defendants.
_______________________________________/

**FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE**

THIS CAUSE came before the court upon the Plaintiff's Notice of Voluntary Dismissal without Prejudice (D.E. #32) filed January 14, 2010. Accordingly, after a careful review of the record and the court being otherwise fully advised in the premises and pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is

ORDERED, ADJUDGED and DECREED as follows:

1. The above-styled case is hereby **DISMISSED WITHOUT PREJUDICE**.
2. All unresolved pending motions in this case are hereby DENIED as moot.
3. The Clerk shall **CLOSE** this case.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice

Building and U.S. Courthouse, Miami, Florida, this 15th day of January, 2010.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Copies furnished to:

***Counsel for Plaintiff:***
Julisse Jimenez, Esq.
VAZQUEZ & ASSOCIATES
1401 Brickell Avenue
Suite 500
Miami, FL 33131

***Counsel for Defendants:***
Susan E. Raffanello, Esq.
Coffey Burlington
Office in the Grove
Penthouse
2699 South Bayshore Drive
Miami, FL 33133